UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:19-cr-00359-JMS-TAB-01 |
| JAMES LEE AUSTIN, | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mario Garcia's Report and Recommendation dkt [86] recommending that James Lee Austin's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Garcia's Report and Recommendation dkt [86]. The Court finds that Mr. Austin committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* at dkt. [78]. The Court dismissed Violation Numbers 2 and 3 at dkt. [78]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Austin is sentenced to the custody of the Attorney General or his designee for a period of eleven (11) months and with no supervised release to follow. The Court recommends placement at FCI Terre Haute, Indiana.

Date: 2/6/2026

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system